IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

CIVIL ACTION NO.: 5:25-CV-829

| | |
|---|---|
| LAWANDA MILLER,<br><br>    Plaintiff,<br><br>V.<br><br>FAYETTEVILLE STATE UNIVERSITY, a constituent institution of the University of North Carolina System,<br><br>    Defendant | DEFENDANT'S<br>MOTION TO DISMISS<br><br>(Fed. R. Civ. P. 12(b)(2), 12(b)(4), 12(b)(5), 12(b)(6)) |

NOW COMES Defendant, Fayetteville State University, through its undersigned counsel, and respectfully moves the Court to dismiss the Complaint in full and with prejudice under Rules 12(b)(2), 12(b)(4), and 12(b)(6) of the Federal Rules of Civil Procedure. As shown in Defendant's Memorandum of Law in support of this Motion filed contemporaneously herewith:

    1.    The Court lacks personal jurisdiction over Defendant due to insufficiency of process under Rule 12(b)(4) and insufficiency of process under Rule 12(b)(5). Therefore, the Complaint should be dismissed under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

1

2. Plaintiff knowingly and voluntarily waived the claims asserted in Counts I-IV of the Complaint. Therefore, the Complaint fails to state claims upon which relief can be granted. Accordingly, the Court should dismiss these claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Plaintiff's claims under Title VII and the ADEA are untimely and barred by the applicable statute of limitations. Therefore, the Complaint fails to state a claim under Title VII or the ADEA upon which relief can be granted. Accordingly, the Court should dismiss these claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. Plaintiff failed to plausibly allege a claim for a violation of Title VII. Therefore, the Complaint fails to state a claim under Title VII upon which relief can be granted. Accordingly, the Court should dismiss this claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

5. Plaintiff failed to plausibly allege a claim for a violation of the ADEA. Therefore, the Complaint fails to state a claim under the ADEA upon which relief can be granted. Accordingly, the Court should dismiss this claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

6. Plaintiff failed to plausibly allege a claim for a violation of the Equal Protection Clause under 42 U.S. § 1983 because a) Defendant is not a "person" subject to suit under § 1983, b) Defendant is entitled to sovereign immunity, and c) Plaintiff failed to plausibly allege an equal protection

2

Case 5:25-cv-00829-D-RJ    Document 11    Filed 01/29/26    Page 2 of 5

violation. Therefore, the Complaint otherwise fails to state a claim upon which relief can be granted. Accordingly, the Court should dismiss this claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

7. Plaintiff failed to plausibly allege a claim for a violation of Title IX. Therefore, the Complaint fails to state a claim under Title IX upon which relief can be granted. Accordingly, the Court should dismiss this claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

8. Plaintiff failed to plausibly allege a claim for breach of contract or for breach of the covenant of good faith and fair dealing. Therefore, the Complaint fails to state a claim upon which relief can be granted. Accordingly, the Court should dismiss these claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, based on the above, and the arguments and legal authorities identified in Defendant's Memorandum of Law in support of this Motion (D.E.12), Defendant respectfully requests that the Court grant the Motion and dismiss the Complaint in its entirety and with prejudice.

Respectfully submitted this 29th day of January, 2026.

                                        JEFF JACKSON
                                        Attorney General

                                        <u>/s/Jeremy D. Lindsley</u>
                                        Jeremy D. Lindsley
                                        Assistant Attorney General
                                        NC State Bar No. 26235

NC Department of Justice
PO Box 629
Raleigh, NC  27602
T: (919) 716-6815
F: (919) 716-6764
E: jlindsley@ncdoj.gov
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CME/ECF users.

James E. Hairston, Jr.
Taylor C. Rosbrook
Hairston Lane PA
434 Fayetteville St., Ste. 2350
Raleigh, NC 27601
jhairston@hairstonlane.com
trosbrook@hairstonlane.com

This 29th day of January, 2026.

/s/Jeremy D. Lindsley
Jeremy D. Lindsley
Assistant Attorney General