Ex. A

# STATE OF NORTH CAROLINA

## Memorandum of Agreement

Agency: Fayetteville State University

Grievable Issue: Termination

Name of Grievant: LaWanda Miller

Name of Respondent: Anthony "Todd" Bennett

*Note: Any MOA including financial compensation must be discussed with Agency or University Human Resources or other designated personnel prior to agreement to ensure consistency with settlement guidelines. These types of approvals shall be applied for on the form PD-14, available on the OSHR Website at https://oshr.nc.gov/documents/localgovt/pd-14/open. Agreements cannot be finalized or executed until OSHR approval has been completed.*

### Terms of Agreement:

On Monday, November 4, 2024, Grievant Dr. LaWanda Miller, former employee of Fayetteville State University and Respondent Anthony "Todd" Bennett, former supervisor at Fayetteville State University, took part in a mediation session with Eric Estes and Tammi Emeka.

In that session, the following was agreed upon:
- Dr. LaWanda Miller should be able to receive full retirement benefits based on creditable service and remaining sick leave. She may start the retirement application online at any time. The NC Retirement System Division makes final determination of total creditable service.
- The university will provide a positive reference when requested by potential employers.
- The university will remove all information relating to the investigation that led to her termination from her HR file. Investigation information will still be retained with legal affairs within the university.
- The university will not provide lost wages.

The Grievant agrees to dismiss her grievance, pending the execution of this Memorandum of Agreement.

The Memorandum of Agreement shall be binding, subject (if necessary) to the approval of the Office of State Human Resources and/or any other state agency whose approval is necessary to implement the agreement, and provided the agreement does not contain any provision contrary to State Human Resources Commission policies or rules, or applicable state or federal law.

No Memorandum of Agreement is finalized until receiving all applicable approvals. Any wages included in this agreement are subject to applicable payroll and income taxes.

I have read, understand, and agree that the above terms of agreement are an accurate account of the areas of agreement reached in the mediation process and that all matters in the dispute between the grievant and the agency have been settled with the terms of this agreement.

I understand and agree that by signing this Memorandum of Agreement, I release the Respondent, the applicable Agency, Commission and/or Division, and the State of North Carolina from any and all claims that I may have related to my employment and the alleged action(s) that led to this grievance. I further agree and understand that no further grievance, complaint, legal action or remedy can be pursued against the Respondent, the applicable Agency, Commission and/or Division, or the State of North Carolina related to my employment or the action(s) that led to this grievance.

| Signature | Printed Name | Date |
|---|---|---|
| *LaWanda Miller* (DocuSigned) | LaWanda Miller | 11/4/2024 |
| Grievant Signature | Printed Name | Date |
| *Anthony Bennett* (DocuSigned) | Anthony Bennett | 11/4/2024 |
| Respondent Signature | Printed Name | Date |
| *Eric Estes* (DocuSigned) | Eric Estes | 11/4/2024 |
| Mediator Signature | Printed Name | Date |
| *Tammi Emeka* (DocuSigned) | Tammi Emeka | 11/4/2024 |
| Mediator Signature | Printed Name | Date |
| | | |
| Authorizing Agency Official Signature (optional) | Printed Name | Date |
| | | |
| Blake Thomas Signature | Printed Name | Date |

General Counsel of the Office of State Human Resources (if applicable)

**NOTICE:** The Memorandum of Agreement must be reviewed by the agency's Human Resources office or other designated personnel prior to the parties signing. The <u>respondent</u> will be responsible for providing the proposed Memorandum of Agreement for review via email, phone, fax, etc. prior to signing.